AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Julio Armando DAVILA JR<br>COB: USA<br>YOB: 1994<br><br>*Defendant(s)* | Case No. 7:25-mj-1305 |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/2019 to on or about 06/2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846, 841 | Conspiracy to manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance, namely 5 kilograms or more of cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

(SEE ATTACHMENT A)

United States District Court
Southern District of Texas
FILED
JUN 03 2025

☑ Continued on the attached sheet.

Complaint authorized by: AUSA James Sturgis

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 06/03/2025 -10:34 a.m.

City and state: McAllen, Texas

*s/ Bevan Vaughan*
Complainant's signature

Bevan Vaughan, Special Agent, HSI
Printed name and title

*[signature]*
Judge's signature

Juan F. Alanis, Magistrate Judge
Printed name and title

An investigation being conducted by the Drug Enforcement Administration (DEA), and Homeland Security Investigations (HSI) has identified a Drug Trafficking Organization (DTO) operating in the Rio Grande Valley, Texas (RGV) area which coordinates the transportation and distribution of multi-kilogram quantities of cocaine to the Houston, Texas area and elsewhere. Agents have identified several members of the organization, including Julio Armando DAVILA JR. (DAVILA JR). Based on the investigation, DAVILA JR is responsible for receiving kilogram quantities of narcotics in the RGV and coordinating the transportation of the narcotics to Houston, Texas and elsewhere into the United States.

In February 2025, a cooperating individual (CI-1) informed agents that he/she worked with the DTO beginning in about 2021. CI-1 stated that he/she was responsible for transporting kilograms of cocaine from the RGV to the Houston, TX area, as directed by DAVILA JR. CI-1 stated that beginning in early 2021, he/she would transport approximately 25 kilograms of cocaine to Houston, Texas per trip. According to CI-1, the cocaine was concealed in oxygen tanks and aftermarket compartment-laden vehicles. CI-1 stated that he/she successfully transported approximately 600 kilograms of cocaine to Houston, Texas over a two-and-a-half-year period.

In June 2023 another cooperating individual (CI-2) informed agents that he/she transported cocaine from Houston, Texas to northern U.S. states on behalf of the DTO in 2022. C1-2 identified DAVILA JR as the coordinator who arranged for the transportation of narcotics. CI-2 stated that he/she would meet with an associate of DAVILA JR at local truck stops or convenience stores near Houston, Texas and would receive the cocaine. CI-2 stated that he/she would receive and transport 30 to 60 kilograms of cocaine on a weekly basis and worked for the DTO for approximately 10 months.

In 2024, a cooperating defendant (CD-1) informed agents that he/she worked for the DTO beginning in 2023. CD-1 stated that he/she would acquire, transport and store kilogram quantities of cocaine at the direction of DAVILA JR and other co-conspirators. CD-1 stated in mid-2023, he/she would pick up the narcotics from different locations in the RGV and transport the cocaine to other locations within the RGV so that it could be stored prior to it being transported northward. CD-1 stated approximately 25 kilograms of cocaine would be accumulated before the cocaine would be delivered to other DTO members responsible for the transportation of the cocaine to Houston and elsewhere. CD-1 stated that he/she worked for the DTO for approximately four months until January 2024. CD-1 stated that during that time, approximately 240 kilograms of cocaine was successfully delivered to other members within the DTO who were responsible for the transportation of narcotics to the Houston, Texas area.

In February 2025, another cooperating individual (CI-3) informed agents that he/she also transported and stored kilograms of cocaine on behalf of the DTO. According to CI-3, beginning in about 2022, CI-3 became involved in the transportation and storage of kilogram quantities of cocaine for the DTO. CI-3 stated that DAVILA JR would direct CI-3 to receive cocaine from other members of the DTO and then store it prior to being transported to another co-conspirator in Houston, Texas. CI-3 stated that once approximately 25 kilograms of cocaine had been accumulated, he/she would contact DAVILA JR who would provide instructions to deliver the narcotics to other co-conspirators who would transport it to Houston, Texas. CI-3 stated that during a two to three year period, hundreds of kilograms of cocaine were successfully delivered to the Houston, Texas area.

In May 2025, another cooperating defendant (CD-2) informed agents that he/she worked for the DTO beginning around 2019. CD-2 stated that he/she would acquire, transport and store kilogram quantities

of cocaine in the Houston, Texas area at the direction of DAVILA JR. The narcotics would later be distributed to other co-conspirators who would then transport them elsewhere in the United States. CD-2 stated that during the time he/she worked with the DTO, approximately 1,800 kilograms of cocaine was successfully delivered to them in the Houston, Texas area, and then transferred to others for further distribution within the United States.